**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW                                                               (212) 732-4888

225 Broadway                                                                   **LLOYD EPSTEIN**
New York, NY 10007                                                             **JUDITH H. WEIL**

September 30, 2020

**VIA ECF**
Hon. Joseph F. Bianco
United States Circuit Judge
100 Federal Plaza
Central Islip, NY 11722

                          **Re: United State v. Alfaro (David Sosa-Guevara)**
                                      **Dkt. No. 20-CR-251 (JFB)**

Dear Judge Bianco:

      John Holdridge and I represent Mr. Sosa-Guevara. This is a capital eligible case. This letter is to request an adjournment of the conference currently scheduled for October 7, 2020 to a mutually convenient date in early-mid December, 2020. There is no objection from the Government. We consent to a waiver of speedy trial through the new adjourn date.

      The reasons for this request are as follows. This is a capital eligible case. We have begun our mitigation investigation, but our efforts have been delayed by the public health crisis engendered by the COVID-19 pandemic. We have not yet received discovery and will require considerable time to review it once it is provided. I have been informed that the MDC will not be able to produce Mr. Sosa-Guevara in court, either in person or by video, because of technological issues and the pandemic. All of these reasons strongly suggest that little can be accomplished at next week's conference other than to adjourn the case into December.

      I thank the Court for its consideration of this request.

                                                      Sincerely,

                                                      *Lloyd Epstein*
                                                      Lloyd Epstein

LE:pc

cc.  All Counsel (Via ECF)
     David Sosa-Guevara (Via Regular Mail)