# Donaldson & Chilliest, LLP
# 1825 Park Avenue, Suite 1102
# New York, NY 10035
# 212-722-4900
### xdonaldson@aol.com

June 8, 2021

**BY ECF**
Honorable Joseph F. Bianco
United States Circuit Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Alfaro et al*,
              **David Sosa Guevara (client)**
              20 Cr. 251 (JFB)

Dear Judge Bianco,

    As the Court is aware, I and John Holdridge, represent Mr. Sosa Guevara in the above referenced matter. Due to the pandemic, our team has been significantly impacted in the representation of Mr. Guevara including the ability to thoroughly review the discovery with our client, complete mitigation and fully investigate this matter.

    Consequently, I am joining my co-counsel in their adjournment requests and also requesting a 90 day adjournment of the June 22, 2021 conference. Should the Court grant this request, we consent to the exclusion of time related to this adjournment.

                                        Sincerely,

                                        /s/  **Xavier R. Donaldson**

                                        Xavier R. Donaldson
                                        Attorney for David Sosa Guevara