BEFORE: JOAN M. AZRACK  DATE: 10/13/2021
UNITED STATES DISTRICT JUDGE  TIME: 11:00 AM (1 hr)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-251 (JMA)**

**FILED
CLERK**

12:42 pm, Oct 13, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Jose Moises Blanco    DEF. #: 2**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Justine Harris, Karloff Commissiong**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Oseas Gonzalez    DEF. #: 3**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Doug Ramseur, James Roth**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Victor Lopez-Morales    DEF. #: 5**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Christopher Adams, John Whipple,**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Ever Morales-Lopez    DEF. #: 6**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Peter Quijano**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: David Sosa-Guevara    DEF. #: 7**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Kevin Torres    DEF. #: 8**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender  ☒ CJA  ☐ Retained

**AUSA: Justina Geraci, Megan Farrell, Paul Scotti**

INTERPRETER: Mario Michelena, Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino    COURTROOM DEPUTY: LMP

- ☒ Case Called. ☒ Counsel present for all sides.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☒ Waiver of speedy trial entered; time excluded from 10/13/2021 through 2/4/2022.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
    - ☐ Detention hearing scheduled for  .
- ☐ Bail hearing held. Disposition:
- ☒ Next court appearance scheduled on 2/4/2022 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant ☐ Released on Bond ☐ Remains in Custody.

OTHER: Case designated complex. Mitigation submissions due by 10/21/2022.