BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: 8/10/2022
TIME ON: 1:28
TIME OFF:_____

Case No. 20 CR 251 (JMA)

Courtroom Deputy: R. Imrie

Criminal Cause for ARRAIGNMENT

Defendant: JOSE JONATHAN GUEVARA - CASTRO
Present ✓   Not Present___   In Custody X   On Bail/Bond___

Attorney: STEVE ZISSOU   Ret'd___   CJA ✓   F.D. ___

AUSA: JUSTINA GERACI, MEGAN FARRELL + PAUL SCOTTI

Interpreter: MAYA GRAY (SWORN)

ESR: 1:28 -

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2022 ★

LONG ISLAND OFFICE

✓ Case Called   ✓ Counsel for all sides present.

✓ Arraignment Held.

✓ Defendant Pleads Not Guilty to: THE INDICTMENT

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

✓ Order of Detention entered.

___ Temporary Order of Detention entered.

___ Probation Notified.

✓ Speedy Trial waived from 8/10/2022 through 11/8/2022.
AT 11:00 A.M.
Next Court appearance scheduled for 11/8/2022, BEFORE DISTRICT JUDGE AZRACK FOR A STATUS CONFERENCE.

NOTES: MR. GUEVARA - CASTRO WAIVED HIS RIGHT TO A SPEEDY TRIAL FROM AUGUST 10, 2022 THROUGH NOVEMBER 8, 2022.