**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOSE JONATHAN GUEVARA-CASTRO

    Defendant,

-----------------------------------------------------X

**MEDICAL EVALUATION ORDER**

20 CR 251 (JMA)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 10 2022   ★

LONG ISLAND OFFICE

    The above-named defendant currently detained at _____,
advised the Court of the need for medical attention.

    The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly.

    The specifics of the inmate's medical condition are as follows: *Epilepsy -Dilantin - Steps should be taken to make meds available to Deft.*

Dated: 8/10/22

Central Islip, New York

/s/ ARlene R. Lindsay

STEVEN I. LOCKE, U.S.M.J.