**BEFORE:  JOAN M. AZRACK**  　　　　　　　　　　　**DATE: 9/6/2022**
**UNITED STATES DISTRICT JUDGE**  　　　　　　　**TIME: 12:00 PM (35 min)**

## CRIMINAL CAUSE FOR STATUS CONFERENCE (Tel)

**DOCKET NO.  20-cr-251 (JMA)**

**DEFENDANT: Jose Moises Blanco**　　　**DEF. #: 2**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: Justine Harris, Karloff Commissiong, Katie Renzler**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: Oseas Gonzalez**　　　**DEF. #: 3**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: James Roth**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: Jose Jonathan Guevara Castro**　　　**DEF. #: 4**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: Steven Zissou**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: Victor Lopez-Morales**　　　**DEF. #: 5**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: John Whipple**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: Ever Morales-Lopez**　　　**DEF. #: 6**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: Peter Quijano**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: David Sosa-Guevara**　　　**DEF. #: 7**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender　　☒ CJA　　☐ Retained

**DEFENDANT: Kevin Torres**　　　**DEF. #: 8**
☐ Present　　☒ Not present　　☒ Custody　　☐ Bail/Surrender
**DEFENSE COUNSEL: Carla Sanderson**
☐ Federal Defender　　☒ CJA　　☐ Retained

**AUSA: Justina Geraci**
**MDC Counsel: Sophia Papapetru**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid　　　　COURTROOM DEPUTY: LMP

☒　Case Called.　　　☒　Counsel present for all sides.
☒　All parties consent to proceed telephonically, and waive the appearance of their clients for today's conference.
☐　Initial Appearance and Arraignment held.
☐　Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒　Waiver of speedy trial entered; time excluded from 9/6/2022 through 11/8/2022.
☐　Order setting conditions of release and bond entered.
☐　Permanent order of detention entered.
☐　Temporary order of detention entered.
　　☐　Detention hearing scheduled for .
☐　Bail hearing held.  Disposition:
☒　Next court appearance scheduled on 11/8/2022 at 11:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant　☐　Released on Bond　☐　Remains in Custody.

OTHER: Complex case designation remains in place. MDC counsel to also be present at 11/8/2022 conference to address the confinement conditions.