# THE LAW OFFICES OF
# DERRICK MAGWOOD

The Benchmark Building
170 Old Country Road, Suite 502 • Mineola, NY 11501
516-396-6648 • Fax 516-977-3350
Email: derrickmagwoodesq@gmail.com 'Website: derrickmagwoodassociates.com

September 09, 2022

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     *United States v Alfaro et al*
        *Docket No. 2:20-cr-00251-JMA-4*

Dear Hon. Azrack,

Please be advised that on September 9, 2022, Mr. Jose Johnathon Guevara-Castro relieved the undersigned as his attorney of record.

If you have any questions regarding this matter, please feel free to contact me. Thank you for your time and have a good day.

Thank you,

Derrick Magwood