BEFORE:  JOAN M. AZRACK					DATE: 11/8/2022
UNITED STATES DISTRICT JUDGE			TIME: 11:00 AM (30 min)

## **CRIMINAL CAUSE FOR ARRAIGNMENT, STATUS CONFERENCE**

**DOCKET NO.  20-cr-251 (JMA)**

**DEFENDANT: Jose Moises Blanco**		**DEF. #: 2**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: Karloff Commissiong, Katie Renzler**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Oseas Gonzalez**		**DEF. #: 3**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: James Roth, Douglas Ramseur**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Jose Jonathan Guevara Castro**		**DEF. #: 4**
☐ Present	☒ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: Steven Zissou**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Victor Lopez-Morales**	**DEF. #: 5**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: John Whipple, Chris Adams**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Ever Morales-Lopez**	**DEF. #: 6**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: Peter Quijano**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: David Sosa-Guevara**	**DEF. #: 7**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Kevin Torres**		**DEF. #: 8**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender	☒ CJA	☐ Retained

**DEFENDANT: Kevin Cuevas Del Cid**		**DEF. #: 9**
☒ Present	☐ Not present	☒ Custody	☐ Bail/Surrender

**DEFENSE COUNSEL: Elizabeth Macedonio for Marion Seltzer**
☐ Federal Defender   ☒ CJA   ☐ Retained

**AUSA: Justina Geraci, Megan Farrell**
**MDC Counsel: Sophia Papapetru**

INTERPRETER: Maya Gray, Adriana Carini (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino   COURTROOM DEPUTY: LMP

☒ Case Called.   ☒ Counsel present for all sides.
☐ All parties consent to proceed telephonically, and waive the appearance of their clients for today's conference.
☒ Initial Appearance and Arraignment held on Superseding Indictment.
☒ Defendants waive public reading of the Superseding Indictment and enter a plea of not guilty.
☒ Waiver of speedy trial entered; time excluded from 11/8/2022 through 2/1/2023.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
　☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled on 2/1/2023 at 11:30 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: Steve Zissou waives his client's appearance for today's conference. Dft 9 Kevin Cuevas del Cid previously arraigned on the superseding indictment. Complex case designation remains in place.