BEFORE: JOAN M. AZRACK            DATE: 12/13/2023
UNITED STATES DISTRICT JUDGE       TIME: 1:00 PM (30 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-251 (JMA)**

**FILED**
**CLERK**
2:20 pm, Dec 13, 2023
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Jose Moises Blanco**     **DEF. #: 2**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: Justine Harris**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Oseas Gonzalez**     **DEF. #: 3**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: James Roth**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Victor Lopez-Morales**     **DEF. #: 5**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: John Whipple, Chris Adams**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Ever Morales-Lopez**     **DEF. #: 6**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: Xavier Donaldson for Peter Quijano**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: David Sosa-Guevara**     **DEF. #: 7**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Kevin Torres**     **DEF. #: 8**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio**
☐ Federal Defender     ☒ CJA     ☐ Retained

**DEFENDANT: Kevin Cuevas Del Cid**     **DEF. #: 9**
☐ Present    ☒ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: Elizabeth Macedonio for Marion Seltzer**
☐ Federal Defender     ☒ CJA     ☐ Retained

**AUSA: Paul Scotti**

INTERPRETER: Maya Gray, Adriana Carini (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi     COURTROOM DEPUTY: LMP

☒ Case Called.     ☒ Counsel present for all sides.
☐ All parties consent to proceed telephonically, and waive the appearance of their clients for today's conference.
☐ Initial Appearance and Arraignment held on Superseding Indictment.
☐ Defendants waive public reading of the Superseding Indictment and enter a plea of not guilty.
☒ Waiver of speedy trial entered; time excluded from 12/13/2023 through 3/12/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled on 3/12/2024 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendants   ☐ Released on Bond   ☒ Remains in Custody.

OTHER: Defendant Kevin Del Cid is not present as he is hospitalized. Counsel waives his appearance and waives speedy trial on his behalf. Complex case designation remains in place.