**Xavier R. Donaldson, Esq**
**136 Madison Avenue, 6ᵗʰ Floor**
**New York, NY 10016**
**646-772-3334**
**Xdonaldson@aol.com**

April 22, 2024

**Via ECF and Email**
Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      RE:    United States v. Alfaro et. al.
           20 Cr 251 (JMA)

Your Honor,

    As the Court is aware, I along with John Holdridge, represent Mr. David Sosa Guevara in the above referenced matter presently scheduled for a status conference on May 9, 2024 at 1:30pm. After consultation with all co-counsel and the prosecutors assigned to this matter, it is respectfully requested that the Court move the May 9, 2024 conference time from 1:30pm to 10:00am.

    Thanking the Court in advance.

                Sincerely,

                ***Xavier R. Donaldson***

                Xavier R. Donaldson
                Attorney for David Sosa Guevara