BEFORE: JOAN M. AZRACK  DATE: 5/9/2024
UNITED STATES DISTRICT JUDGE  TIME: 10:00 AM (30 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 20-cr-251 (JMA)**

**DEFENDANT: Jose Moises Blanco**  **DEF. #: 2**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Justine Harris**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Oseas Gonzalez**  **DEF. #: 3**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: James Roth, Douglas Ramseur**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Victor Lopez-Morales**  **DEF. #: 5**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: John Whipple, Chris Adams**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Ever Morales-Lopez**  **DEF. #: 6**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Anna Sideris, Peter Quijano**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: David Sosa-Guevara**  **DEF. #: 7**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: John Holdridge, Xavier Donaldson**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Kevin Torres**  **DEF. #: 8**
☒ Present  ☐ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Karl Schwartz, Elizabeth Macedonio, Carla Sanderson**
☐ Federal Defender  ☒ CJA  ☐ Retained

**DEFENDANT: Kevin Cuevas Del Cid**  **DEF. #: 9**
☐ Present  ☒ Not present  ☒ Custody  ☐ Bail/Surrender
**DEFENSE COUNSEL: Marion Seltzer**
☐ Federal Defender  ☒ CJA  ☐ Retained

**AUSA: Paul Scotti, Justina Geraci**

INTERPRETER: Maya Gray, Adriana Carini (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi     COURTROOM DEPUTY: LMP

☒ Case Called.  ☒ Counsel present for all sides.
☐ All parties consent to proceed telephonically, and waive the appearance of their clients for today's conference.
☐ Initial Appearance and Arraignment held on Superseding Indictment.
☐ Defendants waive public reading of the Superseding Indictment and enter a plea of not guilty.
☒ Waiver of speedy trial entered; time excluded from 5/9/2024 through 8/6/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
   ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☒ Next court appearance scheduled on 8/6/2024 at 11:00 AM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendants   ☐ Released on Bond   ☒ Remains in Custody.

OTHER: The Court sets a deadline of 7/8/2024 for decisions on the death penalty from the Department of Justice. Government to submit a status report to the Court within 60 days. Complex case designation remains in place.