UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

-AGAINST-

DAVID SOSA-GUEVARA,

**Defendants**

---------------------------------------------------------X

AZRACK        , District Judge

# ORDER OF REFERRAL

CASE NUMBER 20-cr-251 (JMA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 16 2025   ★

LONG ISLAND OFFICE

The above-referenced criminal case is hereby referred to Magistrate Judge Dunst for the following purposes.

☐ 1. To conduct arraignments and bail hearings;

☑ 2. Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐ 3. With consent of the parties as indicated below, to select a jury

☐ 4. Defendant's motion.

SO ORDERED.

/s/ Joan M. Azrack
**United States District Judge**

Dated: 01/15/2025
**Central Islip, N.Y.**

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated: 1/16/25
**Central Islip, N.Y.**

_____
**Defendant**

_____
**Counsel for defendant**

_____
**Assistant U.S. Attorney**

/s/ Lee G. Dunst
**UNITED STATES MAGISTRATE JUDGE**