BEFORE: LEE G. DUNST  
UNITED STATES MAGISTRATE JUDGE

DATE: 1/16/2025  
TIME: 12:00

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET No.   20-CR-251 (JMA)**

**DEFENDANT: David Sosa Guevara**   **DEF. # 7**
☒ Present   ☐ Not Present   ☐ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Xavier R. Donaldson, John Holdridge  
☐ Federal Defender   ☒ CJA   ☐ Retained

F I L E D  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JAN 16 2025 ★  
LONG ISLAND OFFICE

**A.U.S.A.**: Paul Scotti

INTERPRETER: Guadalupe Alvarez, sworn (Language – Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER/FTR LOG: 12:27-1:25          MAGISTRATE DEPUTY: CT

☒ Case called    ☒ Counsel for all sides present

☒ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒ Defendant enters a Plea of Guilty to Count(s) _1_ of the Superseding Indictment

☒ Court finds a factual basis for the plea and accepts it

Sentencing:   ☒ Set for  7/9/2025 at 10:30AM   before Judge _Azrack_

☐ To be determined/set by probation

Defendant:   ☒ Continued in Custody

☐ Bail Set/Continued

☒ Transcript ordered

☒ Conviction notification form electronically sent to probation.

OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Dunst, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.