UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

DAVID SOSA-GUEVARA,

           Defendant.

- - - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

Docket No. 20-CR-251 (JMA)

    IT IS THE FINDING of the Court, based upon a review of the transcript of the guilty plea of the defendant, offered on January 16, 2025, before United States Magistrate Judge Lee G. Dunst, that the defendant pleaded guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

    IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on January 16, 2025 before Magistrate Judge Dunst is accepted.

    IT IS SO ORDERED.

/s/ Joan M. Azrack
THE HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated:   Central Islip, New York
           January 27, 2025