## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: ANNE Y. SHIELDS U.S.M.J.**          **DATE: 1/27/25**

**DOCKET NUMBER: 20-CR-251-JMA-AYS**   **TITLE: USA V. Alfaro, et al**

**DEFT NAME: Oseas Gonzalez (sworn)   DEFT: #3**
 **X** PRESENT ___ NOT PRESENT   **X** IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** James Roth ___ RETAINED   **X** C.J.A.
 **X** PRESENT ___ NOT PRESENT          FED. DEF. OF NY, INC.

**A.U.S.A.:** Paul Scotti and Megan Farrell

**COURTROOM DEPUTY:** JT

**FTR:** 2:54-3:46

**INTERPRETER:** Guadalupe Alvarez (sworn) - Language - Spanish

- **X** CASE CALLED.
- **X** COUNSEL FOR ALL SIDES PRESENT.
- ___ WAIVER OF INDICTMENT EXECUTED.
- **X** DEFENDANT STATES HIS TRUE NAME TO BE OSEAS GONZALEZ.
- **X** DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1 (ONE) AND COUNT 19 (NINETEEN) OF THE SUPERSEDING INDICTMENT.
- **X** COURT FINDS A FACTUAL BASIS FOR THE PLEA AND RECOMMENDS THE PLEA OF GUILTY BE ACCEPTED BY THE DISTRICT COURT.
- **X** SENTENCE DATE 7/9/25 AT 11:00 AM BEFORE JUDGE AZRACK.
- **X** PROBATION NOTIFICATION FORM completed and sent via electronic notification to the Probation Department following proceeding.
- **X** DEFENDANT REMAINS IN CUSTODY.
- **X** OTHER: Referral order received from Judge AZRACK. Transcript to be ordered for Judge AZRACK.