**United States District Court**
**Eastern District of New York**
Office of the Clerk

BROOKLYN OFFICE
225 Cadman Plaza East
Brooklyn, NY 11201

LONG ISLAND OFFICE
100 Federal Plaza
Central Islip, NY 11722

## Travel Authorization

**Attorney Name:** Joseph T. Flood

**Address:** 10621 Jones St., Ste. 301-A, Fairfax, VA 22030

**Telephone #:** (703) 691-8410

**Date of Appointment:** Sept. 3, 2020

**Authorized Traveler:** Joseph T. Flood

**Case Number:** 20-cr-00251

**Client's Name:** Carlos Alfaro

**Departing From:** Vienna, VA 22180     **Arriving At:** New York City

**Authorized Travel Dates:** 2/27/25 - 3/2/25

    Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above travel under the Criminal Justice Act (CJA).

    After receiving authorization from the presiding judge, you are to email this form to Janet Hamilton, CJA Clerk, at janet_hamilton@nyed.uscourts.gov. You are then authorized to contact National Travel at (800) 445-0668 to request reservations for airline tickets. You must identify yourself as a CJA attorney in the Eastern District of New York and advise them that your tickets are to be charged to the Courts account.

/s/ Joan M. Azrack
United States District Judge

2/21/2025
Date