

**Matin Emouna**
*Admitted in NY, NJ & CT*
*memouna@emiklaw.com*

December 2, 2025

HONORABLE JOAN M. AZRACK
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

                Re: United States v. Kevin Cuevas del Cid
                Docket No. 20-cr-251

Dear Judge Azrack:

      As the Court is aware, I am CJA Counsel to defendant Kevin Cuevas del Cid in the above-referenced matter. I write respectfully to request an adjournment of the next scheduled court date because, as of this time, the defense has not yet received the Pre-Sentence Report ("PSR").

      Receipt and review of the PSR is essential for the defense to adequately prepare for sentencing, including reviewing the guideline calculations, assessing any factual statements contained in the report, and determining whether objections, corrections, or other submissions to the Probation Department and the Court are warranted. Without the PSR, the defense is unable to meaningfully confer with Mr. Cuevas del Cid regarding the report's contents and the issues that may bear on sentencing.

      Accordingly, the defense respectfully requests that this matter be adjourned for at least sixty (60) days, or to another date convenient to the Court, so that the PSR may be obtained and properly reviewed and any necessary submissions may be made in an orderly manner.

      The Court's time and attention to this request are greatly appreciated.

                                        Very truly yours,

                                        /s/ *Matin Emouna*
                                        MATIN EMOUNA

cc:    AUSA Justina Geraci
        Justina.Geraci@usdoj.gov